United States District Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONRELL HADLEY | § |
| | § |
| VS | § CIVIL ACTION NO. H-23-1224 |
| | § |
| CARRINGTON MORTGAGE SERVICES LLC | § |

## ORDER STAYING CASE

Pending before the Court is a Notice of Filing of Bankruptcy by Plaintiff (Doc. No. 23) stating that on February 4, 2025, Plaintiff, Conrell Hadley filed a Chapter 13 bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, Houston Division seeking relief under the provisions of Chapter 13 of the United States Bankruptcy Code.

When a bankruptcy petition is filed, an automatic stay operates as a self-executing injunction. The stay prevents creditors from taking any collection actions against the debtor or the property of the debtor's estate for pre-petition purposes. 11 U.S.C. § 362(a). The Court therefore

ORDERS that this case is STAYED. All pending motions are MOOT, but may be summarily re-urged if the automatic stay is lifted.

SIGNED on this 24th day of February 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE